# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUL S. RAMIREZ, | : | Civil No. 1:22-CV-00638 |
| Petitioner, | : | |
| v. | : | |
| WARDEN J. SAGE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The petition for writ of habeas corpus, Doc. 1, filed pursuant to 28 U.S.C. § 2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: June 28, 2022